Opinion issued December 4, 2018



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-18-00570-CV

_____

### IN RE JOE BRAYBOY, III, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Relator Joe Brayboy III filed a petition for a writ of habeas corpus seeking release from his alleged illegal confinement in the Harris County Jail.[1]

The petition is denied. Any pending motions are dismissed as moot.

---

[1] The underlying case is *In the Interest of J.E.B., a Child*, cause number 2004-66585, pending in the 311th District Court of Harris County, Texas, the Honorable Alicia Franklin presiding.

## PER CURIAM

Panel consists of Justices Keyes, Massengale, and Brown.